

**FILED**

04/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0011

IN RE THE MARRIAGE OF:

JULIE A. VACCA,

    Petitioner and Appellee,

and

TIMOTHY J. VACCA,

    Respondent and Appellant.

**FILED**

APR 0 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Before this Court is a Motion to Dismiss Appeal filed by counsel for Appellee Julie A. Vacca (Julie), pursuant to M. R. App. P. 13(3). Julie states that she contacted self-represented Appellant Timothy J. Vacca (Timothy) about his position regarding this motion and that she was unable to reach him. M. R. App. P. 16(1).

Julie points out that Timothy has not timely filed his opening brief. She states that Timothy filed his Notice of Appeal on January 6, 2022, and that this Court received the Ravalli County District Court record on February 9, 2022. She further points out that Timothy did not file his opening brief within the required thirty-day time frame from that date of February 9. M. R. App. P. 13(1). Julie moves for dismissal of this appeal.

Julie's motion is well taken. Dismissal of an appeal is appropriate when an appellant fails to file an opening brief or to seek an extension of time to file a brief. Timothy has done neither. His opening brief was not filed prior to the March 11, 2022 deadline. Accordingly,

IT IS ORDERED that Julie's Motion to Dismiss Appeal is GRANTED and this appeal is DISMISSED with prejudice.

The Clerk is directed to provide this Order to counsel of record and to Timothy J. Vacca personally.

DATED this 5 day of April, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2